UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,<br><br>Defendants. | 25 Civ. 9552 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of plaintiffs' motion for a preliminary injunction, Dkts. 20–21, and letter motion for an abbreviated briefing schedule and oral argument, Dkt. 22. The Court hereby sets the following briefing schedule:

- Defendants' opposition is due December 23, 2025.

- Plaintiffs' reply, if any, is due January 9, 2026.

The Court will decide whether to schedule oral argument once the motion is fully briefed.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 12, 2025
       New York, New York