UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,

Plaintiffs,

-v-

FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,

Defendants.

25 Civ. 9552 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 10, 2025, defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12. Dkts. 17–18. Under Rule 15(a)(1)(B), a plaintiff has 21 days after service of a motion under Rule 12(b) to amend the complaint once as a matter of course. On December 22, 2025, plaintiffs exercised that right by filing an amended complaint. Dkt. 25 ("AC"). No further opportunities to amend will ordinarily be granted.

The Court hereby sets a briefing schedule for defendants' motion to dismiss, mindful of ongoing briefing on plaintiffs' motion for a preliminary injunction. *See* Dkt. 24 (order setting preliminary injunction briefing schedule).

By February 3, 2026, defendants shall respond to the AC by filing: (1) an answer; (2) a new motion to dismiss; or (3) a letter stating that they rely on the previously filed motion to dismiss. If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that. At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

2

For avoidance of doubt, all other deadlines, including those set by the Court's order at docket 24, remain in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  December 24, 2025
New York, New York