UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,

        Plaintiffs,

      -v-

FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,

        Defendants.

---

25 Civ. 9552 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The parties' submissions anticipate the possibility that the Court would hear live testimony at the January 29, 2026 hearing on plaintiffs' motion for a preliminary injunction. *See* Dkts. 43–44. For counsels' planning purposes, the Court presently expects to resolve the motion based on the parties' written submissions and oral argument at the hearing. If factual testimony is needed, the Court will schedule another hearing at a later date.

Separately, the Court has been unable to locate plaintiffs' proposed order, which they reference at page 27 of docket 21. The Court accordingly directs plaintiffs to file a proposed order forthwith, and no later than noon tomorrow (Wednesday, January 28, 2026).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 27, 2026
      New York, New York