UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,

Plaintiffs,

-v-

FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,

Defendants.

25 Civ. 9552 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed on the record at today's conference, the Court orders as follows:

- By March 6, 2026, the parties shall file a joint letter, stating whether they agree on a modified bond amount.

- In light of the March 30, 2026 mediation between the parties, all litigation activity is stayed through April 6, 2026 (including, but not limited to, defendants' pending motion to dismiss).

- By April 1, 2026, the parties shall file a joint letter, stating, *inter alia*, whether the mediation was successful and proposing next steps in this case.

- The Court will hold a telephonic conference on April 6, 2026 at 3 p.m. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter access code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2026
      New York, New York

2