UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,

                   Plaintiffs,

-v-

FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,

                   Defendants.

25 Civ. 9552 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 29, 2026, the Court granted plaintiffs' motion for a preliminary injunction. Dkt. 47. The injunction ordered, *inter alia*, plaintiffs to post a $3 million bond, reflecting an estimate of the amount of money damages that they could conceivably owe defendants, were defendants ultimately to prevail on the merits of this case. *Id.* at 3. On March 6, 2026, with defendants' consent, plaintiffs moved to reduce the bond amount to $1,850,000. Dkt. 65 at 1. This was principally based on defendants' reduced potential liability to their former hotel employees under the WARN Act, because plaintiffs had extended offers of continued employment to these employees, which most had accepted. *See* Mar. 4, 2026 Conf. Tr. at 10–15. The Court accordingly grants plaintiffs' unopposed motion to reduce the injunction bond amount to $1,850,000.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2026
      New York, New York