UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*, <br><br> Defendants. | 25 Civ. 9552 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the April 6, 2026 telephonic conference to April 8, 2026 at 10 a.m. For avoidance of doubt, all other deadlines remain in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2026
         New York, New York