

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Anthony F. Cavanaugh
Tel: +1.202.663.8142
anthony.cavanaugh@pillsburylaw.com

April 7, 2026

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

**Re: *Fayetteville Hotel Ownership, LLC, et al. v. Fayetteville II Hotel Management
LLC, et al., Index No. 1:25-cv-09552-PAE***

Dear Judge Engelmayer:

The parties write jointly to advise the Court that they are continuing to make good-
faith progress toward finalizing a settlement agreement and expect to reach resolution
shortly.

In light of this progress, the parties respectfully request that the conference currently
scheduled for tomorrow be adjourned to a date next week at the Court's convenience.
The parties believe that a brief adjournment will conserve judicial resources and may
allow them to report a final resolution.

The parties thank the Court for its consideration.

Respectfully submitted,

Anthony F. Cavanaugh

cc (via ECF):

Counsel of Record

GRANTED.

The Court adjourns tomorrow's telephonic conference to April 17, 2026 at 9 a.m.

SO ORDERED.

Date:  April 7, 2026
      New York, New York

PAUL A. ENGELMAYER
United States District Judge