UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAYETTEVILLE HOTEL OWNERSHIP, LLC *et al.*,

Plaintiffs,

-v-

FAYETTEVILLE II HOTEL MANAGEMENT LLC *et al.*,

Defendants.

25 Civ. 9552 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a conflict with a criminal matter, the Court hereby reschedules the April 17, 2026

telephonic conference to noon that day, for which both sides have confirmed their availability.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 13, 2026
New York, New York