UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
                        :     INDEX NO. 1:25-cv-09552-PAE
                        :

**Fayetteville Hotel Ownership, LLC et al.,** :

         **Widewaters,** :

    **-against-** :

**Fayetteville II Hotel Management LLC, et** :
**al.,**

        **Defendants.** :

---------------------------------------------------- X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in this action – Plaintiffs/Counterclaim Defendants Fayetteville Hotel Ownership, LLC, Widewaters Victor Company, LLC, Fairport Hotel Beverage Management LLC, and 800 Pittsford-Victor Road Company, LLC, (collectively "Plaintiffs") and Defendants/Counterclaim Plaintiffs Fayetteville II Hotel Management LLC, Victor II Hotel Management LLC, Rochester II Hotel Management LLC, Pittsford II Hotel Management LLC, and New Castle Hotels LLC ("Defendants") – through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that, the parties have executed a final settlement agreement, and that the above captioned action is hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED AND AGREED.**

Dated: April 27, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____

Eddy Salcedo
esalcedo@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Seth Fortin
(*admitted pro hac vice*)
sfortin@seyfarth.com
1075 Peachtree St., N.E.
Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Plaintiffs*

PILLSBURY WINTHROP SHAW PITTMAN
LLP

By: _____

William M. Bosch
william.bosch@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Anthony F. Cavanaugh
(*admitted pro hac vice*)
Lindsay A. Sergi
(*admitted pro hac vice*)
anthony.cavanaugh@pillsburylaw.com
lindsay@sergi@pillsburylaw.com
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Attorneys for Defendants*

2